**GULLIKSEN,** Appellant, v. **BRYN,** Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Andrew G. Gulliksen against Johanne Bryn. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the ad-

mission in the pleadings and the proofs offered by plaintiff made out a prima facie case.